IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| DANIEL F HOLLEY Jr. | : | NO. 12-40518-JTL |
| Debtor | : | CHAPTER 7 |

**REPORT OF SALE UNDER FRBP 6004**

COMES NOW WALTER W. KELLEY, Chapter 7 Trustee, through counsel, and shows the following:

-1-

Under order dated July 5, 2017 [docket 259], the Trustee sold the Debtor's half interest certain real estate in Sevier County, Tennessee, described as Unit No. 504, The Gatehouse Condominiums, 210 Roaring Fork Road Extension, Gatlinburg, Tennessee.

-2-

The property was sold to Charles E. and Janice P. Hardin for a gross sales price of ONE HUNDRED THIRTY ONE THOUSAND DOLLARS ($131,000) as set forth in HUD Settlement Statement attached as Exhibit A.

Respectively submitted,

/s/ Walter W. Kelley
**WALTER W. KELLEY**
**Chapter 7 Trustee**
**Kelley, Lovett, Blakey & Sanders**
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
State Bar No. 412337
wkelley@kelleylovett.com

| A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT SETTLEMENT STATEMENT | B. TYPE OF LOAN: 1. ☐ FHA  2. ☐ FmHA  3. ☐ CONV UNINS  4. ☐ VA  5. ☐ CONV. INS. | OMB NO. 2502-0265 |
|---|---|---|
| | 6. FILE NUMBER: 0181270 | 7. LOAN NUMBER: |
| | 8. MORTGAGE INS CASE NUMBER: | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME AND ADDRESS OF BORROWER: Charles E. Hardin and wife, Janice P. Hardin 834 Freeman Lake Road Elizabethtown, KY 42701 | E. NAME AND ADDRESS OF SELLER: Walter W. Kelley, as Chapter 7 Trustee for Daniel F. Holley, Jr. 2539 Lafayette Plaza Dr, Albany GA 31708 Joy R. Webster, as Chapter 7 Trustee for Angelia Jones Holley PO Box 1098, Macon GA 31202 | F. NAME AND ADDRESS OF LENDER: Cash |
|---|---|---|
| G. PROPERTY LOCATION: 210 Roaring Fork Road Ext. #504 Gatlinburg, TN 37738 Sevier County, Tennessee | H. SETTLEMENT AGENT:  62-1794576 SMOKY MOUNTAIN TITLE  PLACE OF SETTLEMENT 117 JOY STREET SEVIERVILLE, TN 37862 | I. SETTLEMENT DATE: September 21, 2018 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | 131,000.00 | 401. Contract Sales Price | 131,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 2,640.70 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller in advance | | Adjustments For Items Paid By Seller in advance | |
| 106. City/Town Taxes to | | 406. City/Town Taxes to | |
| 107. County Taxes to | | 407. County Taxes to | |
| 108. Homeowners Dues 09/22/18 to 10/01/18 | 90.00 | 408. Homeowners Dues 09/22/18 to 10/01/18 | 90.00 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 133,730.70 | 420. GROSS AMOUNT DUE TO SELLER | 131,090.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 14,260.01 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Credit from SMT | 283.00 | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. Deposit retained by seller | 1,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller | | Adjustments For Items Unpaid By Seller | |
| 210. City/Town Taxes 01/01/18 to 09/22/18 | 57.86 | 510. City/Town Taxes 01/01/18 to 09/22/18 | 57.86 |
| 211. County Taxes 01/01/18 to 09/22/18 | 674.83 | 511. County Taxes 01/01/18 to 09/22/18 | 674.83 |
| 212. Homeowners Dues to | | 512. Homeowners Dues to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. Outstanding HOA Dues to Gatehouse Owners' Associati | 1,800.00 |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 2,015.69 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 17,792.70 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | 133,730.70 | 601. Gross Amount Due To Seller (Line 420) | 131,090.00 |
| 302. Less Amount Paid By/For Borrower (Line 220) | (2,015.69) | 602. Less Reductions Due Seller (Line 520) | (17,792.70) |
| 303. CASH ( X FROM ) ( TO ) BORROWER | 131,715.01 | 603. CASH ( X TO ) ( FROM ) SELLER | 113,297.30 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower: Charles E. Hardin / Janice P. Hardin

Seller: Walter W. Kelley by L.D.L., attorney — Walter W. Kelley, as Chapter 7 Trustee for Daniel F. Holley Jr.

Joy R. Webster, as Chapter 7 Trustee for Angelia Jones Holley, Ch 7 Trustee

HUD-1 (3-86) RESPA, HB4305.2

Page 2

| L. SETTLEMENT CHARGES | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price $ @ % | | | | |
| Division of Commission (line 700) as Follows: | | | | |
| 701. $ to | | | | |
| 702. $ to | | | | |
| 703. Commission Paid at Settlement | | | | |
| 704. to | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee  1.0000 % to | | | | |
| 802. Loan Discount  % to | | | | |
| 803. Appraisal Fee  to | | | | |
| 804. Credit Report  to | | | | |
| 805. Lender's Inspection Fee  to | | | | |
| 806. Mortgage Ins. App. Fee  to | | | | |
| 807. Assumption Fee  to | | | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From  to  @ $  /day  (  days  %) | | | | |
| 902. MIP Totins. for LifeOfLoan  for  months to | | | | |
| 903. Hazard Insurance Premium for  1.0 years to | | | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance  months @ $  per month | | | | |
| 1002. Mortgage Insurance  months @ $  per month | | | | |
| 1003. City/Town Taxes  months @ $  per month | | | | |
| 1004. County Taxes  months @ $  per month | | | | |
| 1005. Homeowners Dues  months @ $  per month | | | | |
| 1006.  months @ $  per month | | | | |
| 1007.  months @ $  per month | | | | |
| 1008.  months @ $  per month | | | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or Closing Fee | to SMOKY MOUNTAIN TITLE | | 400.00 | |
| 1102. Abstract or Title Search | to SMOKY MOUNTAIN TITLE | | 425.00 | |
| 1103. Delivery/Handling Fee | to SMOKY MOUNTAIN TITLE | | 140.00 | |
| 1104. Title Insurance Binder | to | | | |
| 1105. Document Preparation | to SMOKY MOUNTAIN TITLE | | 340.00 | |
| 1106. Bankruptcy Review Fee | to SMOKY MOUNTAIN TITLE | | 250.00 | |
| 1107. Attorney's Fees  to | | | | |
| (includes above item numbers: ) | | | | |
| 1108. Title Insurance | to SMT AGENT FOR FIDELITY NATIONAL TITLE | | 558.00 | |
| (includes above item numbers: ) | | | | |
| 1109. Lender's Coverage  $ | | | | |
| 1110. Owner's Coverage  $  131,000.00 | | 558.00 | | |
| 1111. | | | | |
| 1112. | | | | |
| 1113. | | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Fees: Deed $ 43.00; Mortgage $ ; Releases $ | | | 43.00 | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage | | | | |
| 1203. State Tax/Stamps:  Revenue Stamps  484.70; Mortgage | | | 484.70 | |
| 1204. | | | | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey  to | | | | |
| 1302. Pest Inspection  to | | | | |
| 1303. 2011-2016 County Taxes | to Sevier County Chancery Court | Sept | | 12,555.15 |
| 1304. 2017 County Taxes #35783 | to Sevier County Trustee | Sept | | 1,031.00 |
| 1305. 2012-2017 City Taxes | to City of Gatlinburg | | | 673.86 |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | | 2,640.70 | 14,260.01 |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

SMOKY MOUNTAIN TITLE, Settlement Agent

Certified to be a true copy.

(0181270/0181270/13)

## ACKNOWLEDGMENT OF RECEIPT OF SETTLEMENT STATEMENT

**Borrower:** Charles E. Hardin and wife, Janice P. Hardin
**Seller:** Walter W. Kelley, as Chapter 7 Trustee for Daniel F. Holley, Jr.
Joy R. Webster, as Chapter 7 Trustee for Angelia Jones Holley
**Lender:** Cash
**Settlement Agent:** SMOKY MOUNTAIN TITLE
(865)908-9869
**Place of Settlement:** 117 JOY STREET
SEVIERVILLE, TN 37862
**Settlement Date:** September 21, 2018
**Property Location:** 210 Roaring Fork Road Ext. #504
Gatlinburg, TN 37738
Sevier County, Tennessee

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____
Charles E. Hardin

_____
Janice P. Hardin

Walter W. Kelley by J.W.L., attorney
_____
Walter W. Kelley, as Chapter 7 Trustee for Daniel F. Holley, Jr.

Joy R Webster Ch 7 Trustee
_____
Joy R. Webster, as Chapter 7 Trustee for Angelia Jones Holley

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(HOLLEY TO HARDEN.PFD/0181270/10)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| DANIEL F HOLLEY Jr. | : | NO. 12-40518-JTL |
| Debtor | : | CHAPTER 7 |

## CERTIFICATE OF SERVICE

I certify that the following parties have been served with the Report of Sale. Those not served by electronic means by the court's electronic filing system have been served by U. S. First Class Mail this 28 day of September, 2018.

Daniel F Holley Jr.
14555 Georgia Highway 219
West Point, GA 31833

Frank B. Wilensky
ATTORNEY FOR DEBTOR
FWILENSKY@MACEYWILENSKY.COM

ELIZABETH A. HARDY
ASSISTANT U. S. TRUSTEE
ustp.region21.mc.ecf@usdoj.gov

/s/ Walter W. Kelley
**WALTER W. KELLEY**
**Chapter 7 Trustee**
**Kelley, Lovett, Blakey & Sanders**
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
State Bar No. 412337
wkelley@kelleylovett.com