## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

In re:                                    :
                                          :   **BANKRUPTCY CASE**
**DANIEL F HOLLEY Jr.**                   :
                                          :   **NO. 12-40518-JTL**
                                          :
            **Debtor(s)**                 :   **CHAPTER 7**


### NOTICE OF TRUSTEE'S MOTION FOR AUTHORITY TO DISBURSE FUNDS TO JOY WEBSTER, CHAPTER 7 TRUSTEE FOR THE ESTATE OF ANGELA JONES HOLLEY, CASE NO. 12-40204

WALTER W. KELLEY, CHAPTER 7 TRUSTEE, FILED A MOTION FOR AUTHORITY TO DISBURSE FUNDS OWED TO JOY WEBSTER, CHAPTER 7 TRUSTEE FOR THE ESTATE OF ANGELA JONES HOLLEY, CASE NO. 12-40204 ("TRUSTEE WEBSTER"). THE AMOUNT DUE IS $13,434.07, REPRESENTING TRUSTEE WEBSTER'S ONE-HALF (1/2) IN THE NET RENTAL INCOME AND EARNEST MONIES IN PROPERTY KNOWN AS UNIT NO. 504, THE GATEHOUSE CONDOMINIUMS, 210 ROARING FORK ROAD EXTENSION, GATLINBURG, SEVIER COUNTY, TENNESSEE. MS HOLLEY IS A CO-OWNER OF THIS PROPERTY.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then you or, your attorney shall file with the court a written objection or response on or before _12  3  18_. The objection or response should be sent to:

Clerk, U. S. Bankruptcy Court
Middle District of Georgia
P. O. Box 2147
Columbus, Georgia 31902

**If an objection or response is filed, a hearing on the motion shall be held on: _January 9, 2019_, at 2:00 p.m. in the United States Courtroom, 901 Front Avenue, One Arsenal Place, Suite 309, Columbus, Georgia.**

If you mail your response or objection to the court for filing, you shall send it early enough so the court will **receive** the objection or response on or before the response date stated above.

Any response or objection shall also be served on the movant.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to FRBP 2002.

Dated, this ⎯7⎯ day of ⎯⎯November⎯⎯⎯⎯, 2018.

⎯⎯⎯⎯⎯ /s/ Walter W. Kelley ⎯⎯⎯⎯⎯⎯⎯⎯
**WALTER W. KELLEY**
**Chapter 7 Trustee**
**Kelley, Lovett, Blakey & Sanders, P.C.**
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
State Bar No. 412337
wkelley@kelleylovett.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **BANKRUPTCY CASE** |
| **DANIEL F HOLLEY Jr.** | : | |
| | : | **NO. 12-40518-JTL** |
| | : | |
| Debtor(s) | : | **CHAPTER 7** |

### TRUSTEE'S MOTION FOR AUTHORITY TO DISBURSE FUNDS TO JOY WEBSTER, CHAPTER 7 TRUSTEE FOR THE ESTATE OF ANGELA JONES HOLLEY, CASE NO. 12-40204

**COMES NOW** Walter W. Kelley, Chapter 7 Trustee, and shows:

-1-

Debtor(s) Daniel F Holley Jr. filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on June 4, 2012. The case converted to a Chapter 7 on April 7, 2015.

-2-

Walter W. Kelley is the duly appointed and acting Trustee.

-3-

Walter W. Kelley, Chapter 7 Trustee for estate of Daniel F. Holley, Jr. ("Trustee Kelley") and Joy Webster, Chapter 7 Trustee for the estate of Angela Jones Holley, 12-40204 ("Trustee Webster") each owned a one-half (½) interest in property at Unit No. 504, The Gatehouse Condominiums, 210 Roaring Fork Road Extension, Gatlinburg, Sevier County, Tennessee.

-4-

Net rental income is $25,868.14.

-5-

$1000.00 in earnest money is held by Trustee Kelley.

-6-

Trustee Webster is due one-half (½) interest in the net rental income equal to $12,934.07 and one-half (½) of the earnest money equal to $500.00 for a total of $13,434.07. Form 2-Cash Receipts and Disbursements Record is attached as Exhibit A.

-7-

The property sold on September 21, 2018 reported  in the Report of Sale filed September 28, 2018, at docket #262. Trustee Webster received her one-half (½) interest in the real estate sale proceeds at closing.

-8-

Trustee Kelley believes that the disbursement of funds owed to Trustee Webster is correct and proper.

**WHEREFORE**, the Trustee Kelley requests this Court enter an Order Authorizing the Trustee Kelley to disburse a payment to Trustee Webster for $13,434.07 as her one-half (½) interest in the net rental income and earnest money in the above property and for such other and further relief as this Court deems just and fair.

/s/ Walter W. Kelley

**WALTER W. KELLEY**
**Chapter 7 Trustee**
**Kelley, Lovett, Blakey & Sanders**
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
State Bar No. 412337
wkelley@kelleylovett.com

EXHIBIT A

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 12-40518-JTL | | Trustee Name: | Walter W. Kelley |
| Case Name: | HOLLEY Jr., DANIEL F | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5344 | | Checking Acct #: | ******1165 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 6/4/2012 | | Blanket bond (per case limit): | $7,575,000.00 |
| For Period Ending: | 11/7/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/24/2015 | (14) | Frank Wilensky/Daniel Holley | turnover of funds from trust account per order of 7/21/15 #178 | 1129-000 | $21,500.00 | | $21,500.00 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.55 | $21,494.45 |
| 08/20/2015 | | PRIME CHOICE RENTALS | August net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $830.00 | | $22,324.45 |
| | {19} | | Gross rental income $1,205.00 | 1122-000 | | | |
| | | | HOA fees $(250.00) | 2420-000 | | | |
| | | | Management fees $(125.00) | 3991-000 | | | |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $35.02 | $22,289.43 |
| 09/15/2015 | | Prime Choice Rentals | September net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $875.00 | | $23,164.43 |
| | {19} | | Gross rental income $1,250.00 | 1122-000 | | | |
| | | | HOA Fees $(250.00) | 2420-000 | | | |
| | | | Management fees $(125.00) | 3991-000 | | | |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $35.44 | $23,128.99 |
| 10/15/2015 | | VOL Rentals LLC | October net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $830.00 | | $23,958.99 |
| | {19} | | Gross rental income $1,200.00 | 1122-000 | | | |
| | | | HOA Fees $(250.00) | 2420-000 | | | |
| | | | Management fees $(120.00) | 3991-000 | | | |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $37.88 | $23,921.11 |
| 11/25/2015 | | Vol Rentals, LLC | November net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $875.00 | | $24,796.11 |
| | {19} | | Gross rental income $1,250.00 | 1122-000 | | | |
| | | | HOA fees $(250.00) | 2420-000 | | | |
| | | | Management fees $(125.00) | 3991-000 | | | |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $37.35 | $24,758.76 |
| | | | **SUBTOTALS** | | $24,910.00 | $151.24 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No.: | 12-40518-JTL |
|---|---|
| Case Name: | HOLLEY Jr., DANIEL F |
| Primary Taxpayer ID #: | **-***5344 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 6/4/2012 |
| For Period Ending: | 11/7/2018 |

| Trustee Name: | Walter W. Kelley |
|---|---|
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******1165 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $7,575,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $39.94 | $24,718.88 |
| 01/13/2016 | | VOL Rentals, LLC | January net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $830.00 | | $25,548.88 |
| | {19} | | Gross Rental Income $1,200.00 | 1122-000 | | | $25,548.88 |
| | | | January HOA fees $(250.00) | 2420-000 | | | $25,548.88 |
| | | | Management Fees $(120.00) | 3991-000 | | | $25,548.88 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $40.51 | $25,508.37 |
| 02/08/2016 | 1001 | International Sureties LTD . | Ch. 7 Bond Payment, Bond #016027943 | 2300-000 | | $11.82 | $25,496.55 |
| 02/16/2016 | | Vol Rentals, LLC | February net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $700.01 | | $26,196.56 |
| | {19} | | Gross rental income $1,200.00 | 1122-000 | | | $26,196.56 |
| | | | Management fees $(120.00) | 3991-000 | | | $26,196.56 |
| | | | HOA fees $(250.00) | 2420-000 | | | $26,196.56 |
| | | | Maintenance and repair $(129.99) | 2420-000 | | | $26,196.56 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $38.82 | $26,157.67 |
| 03/15/2016 | | Prime Choice Rentals | December net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $830.00 | | $26,987.67 |
| | {19} | | Gross Rental Income (December's is posted in March because check from company was lost in the mail and reissued) $1,200.00 | 1122-000 | | | $26,987.67 |
| | | | Management fees $(120.00) | 3991-000 | | | $26,987.67 |
| | | | HOA fees $(250.00) | 2420-000 | | | $26,987.67 |

SUBTOTALS | $2,360.01 | $131.09

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.                     12-40518-JTL
Case Name:                   HOLLEY Jr., DANIEL F
Primary Taxpayer ID #:       **-***5344
Co-Debtor Taxpayer ID #:
For Period Beginning:        6/4/2012
For Period Ending:           11/7/2018

Trustee Name:                Walter W. Kelley
Bank Name:                   Bank of Texas
Checking Acct #:             ******1165
Account Title:               Checking
Blanket bond (per case limit):   $7,575,000.00
Separate bond (if applicable):

Page No: 3

| 1 Transaction Date | 2 Check/Ref.# | 3 Paid to/Received From | 4 Description of Transaction | Uniform Tran Code | 5 Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|
| 03/18/2016 | | Vol Rentals, LLC | March net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $830.04 | | $27,817.72 |
| | {19} | | Gross Rental Income $1,200.04 | 1122-000 | | | $27,817.72 |
| | | | Management fees $(120.00) | 3991-000 | | | $27,817.72 |
| | | | HOA fees $(250.00) | 2420-000 | | | $27,817.72 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $43.16 | $27,774.56 |
| 04/19/2016 | | Vol Rentals, LLC | April net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $875.00 | | $28,649.56 |
| | {19} | | Gross Rental Income $1,250.00 | 1122-000 | | | $28,649.56 |
| | | | Management fees $(125.00) | 3991-000 | | | $28,649.56 |
| | | | HOA fees $(250.00) | 2420-000 | | | $28,649.56 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $43.70 | $28,605.86 |
| 05/16/2016 | | Vol Rentals, LLC | May net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $800.00 | | $29,405.86 |
| | {19} | | Gross Rental Income $1,250.00 | 1122-000 | | | $29,405.86 |
| | | | Management fees $(125.00) | 3991-000 | | | $29,405.86 |
| | | | HOA fees $(250.00) | 2420-000 | | | $29,405.86 |
| | | | Maintenance and repair $(75.00) | 2420-000 | | | $29,405.86 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $46.61 | $29,359.25 |
| 06/14/2016 | | Vol Rentals | June net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $875.00 | | $30,234.25 |
| | {19} | | Gross Rental Income $1,250.00 | 1122-000 | | | $30,234.25 |
| | | | Management fees $(125.00) | 3991-000 | | | $30,234.25 |
| | | | HOA fees $(250.00) | 2420-000 | | | $30,234.25 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $46.40 | $30,187.85 |

SUBTOTALS        $3,380.04        $179.87

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 12-40518-JTL | Trustee Name: | Walter W. Kelley |
| Case Name: | HOLLEY Jr., DANIEL F | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5344 | Checking Acct #: | ******1165 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 6/4/2012 | Blanket bond (per case limit): | $7,575,000.00 |
| For Period Ending: | 11/7/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2016 | | Vol Rentals, LLC | July net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $654.00 | | $30,841.85 |
| | {19} | | Gross Rental $1,300.00 | 1122-000 | | | $30,841.85 |
| | | | Management fees $(130.00) | 3991-000 | | | $30,84... |
| | | | HOA fees $(250.00) | 2420-000 | | | $30,84... |
| | | | Cleaning and maintenance $(266.00) | 2420-000 | | | $30,84... |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $49.01 | $30,79... |
| 08/15/2016 | | Vol Rentals, LLC | August net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $760.00 | | $31,55... |
| | {19} | | Gross Rental Income $1,300.00 | 1122-000 | | | $31,55... |
| | | | Management fee $(130.00) | 3991-000 | | | $31,55... |
| | | | HOA fees $(250.00) | 2420-000 | | | $31,55... |
| | | | Cleaning and Maintenance $(160.00) | 2420-000 | | | $31,58... |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $50.14 | $31,502.7... |
| 09/13/2016 | | Vol Rentals, LLC | September net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $806.00 | | $32,308.7... |
| | {19} | | Gross Rental Income $1,300.00 | 1122-000 | | | $32,308.7... |
| | | | Management fee $(130.00) | 3991-000 | | | $32,308.7... |
| | | | HOA fees $(250.00) | 2420-000 | | | $32,308.7... |
| | | | Cleaning and Maintenance $(114.00) | 2420-000 | | | $32,308.70 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $49.73 | $32,258.9... |
| 10/18/2016 | | Vol Rentals, LLC | October net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $920.00 | | $33,178.9... |
| | {19} | | Gross rental income $1,300.00 | 1122-000 | | | $33,178.97 |
| | | | HOA fees $(250.00) | 2420-000 | | | $33,178.97 |
| | | | Management fees $(130.00) | 3991-000 | | | $33,178.97 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $52.48 | $33,126.49 |
| | | | **SUBTOTALS** | | $3,140.00 | $201.36 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 12-40518-JTL |
|---|---|
| Case Name: | HOLLEY Jr., DANIEL F |
| Primary Taxpayer ID #: | **-***5344 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 6/4/2012 |
| For Period Ending: | 11/7/2018 |

| Trustee Name: | Walter W. Kelley |
|---|---|
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******1165 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $2,575,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/15/2016 | | Vol Rentals, LLC | November net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $920.00 | | $34,046.49 |
| | {19} | | Gross rental income $1,300.00 | 1122-000 | | | $34,046.49 |
| | | | HOA fees $(250.00) | 2420-000 | | | $34,046.49 |
| | | | Management fees $(130.00) | 3991-000 | | | $34,046.49 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $52.25 | $33,994.24 |
| 12/14/2016 | | Vol Rentals, LLC | December net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $795.00 | | $34,789.24 |
| | {19} | | Gross rental income $1,300.00 | 1122-000 | | | $34,789.24 |
| | | | HOA fees $(250.00) | 2420-000 | | | $34,789.24 |
| | | | Management fees $(130.00) | 3991-000 | | | $34,789.24 |
| | | | Deep clean (smoke from Gatlinburg fires) $(125.00) | 2420-000 | | | $34,789.24 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.23 | $34,734.01 |
| 01/10/2017 | 1002 | International Sureties LTD. | Ch. 7 Bond Payment, Bond #016027943 Term: 01/01/17 to 01/01/18 | 2300-000 | | $12.73 | $34,721.28 |
| 01/17/2017 | | Vol Rentals, LLC | January net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $885.00 | | $35,606.28 |
| | {19} | | Gross rental income $1,300.00 | 1122-000 | | | $35,606.28 |
| | | | HOA fees $(250.00) | 2420-000 | | | $35,606.28 |
| | | | Management fees $(130.00) | 3991-000 | | | $35,606.28 |
| | | | A/C leak repair, clean air return/filter $(35.00) | 2420-000 | | | $35,606.28 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.63 | $35,549.65 |

**SUBTOTALS**   $2,600.00   $176.84

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 12-40518-JTL
**Case Name:** HOLLEY Jr, DANIEL F
**Primary Taxpayer ID #:** **-***5344
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 6/4/2012
**For Period Ending:** 11/7/2018

**Trustee Name:** Walter W. Kelley
**Bank Name:** Bank of Texas
**Checking Acct #:** ******1165
**Account Title:** Checking
**Blanket bond (per case limit):** $7,575,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/15/2017 | | Vol Rentals, LLC | February net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $630.00 | | $36,179.65 |
| | {19} | | Gross rental income       $1,300.00 | 1122-000 | | | $36,179.65 |
| | | | HOA fees          $(250.00) | 2420-000 | | | $36,179.65 |
| | | | Management fees     $(130.00) | 3991-000 | | | $36,179.65 |
| | | | Cleaning & Maintenance - Installed new upper & lower thermostats and hot water heater; repaired drywall bathroom leak     $(290.00) | 2420-000 | | | $36,179.65 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $52.20 | $36,127.45 |
| 03/15/2017 | | Vol Rentals, LLC | March net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $920.00 | | $37,047.45 |
| | {19} | | Gross rental income       $1,300.00 | 1122-000 | | | $37,047.45 |
| | | | HOA fees          $(250.00) | 2420-000 | | | $37,047.45 |
| | | | Management fees     $(130.00) | 3991-000 | | | $37,047.45 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $59.01 | $36,988.44 |
| 04/20/2017 | | Vols Rentals, LLC | April net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $920.00 | | $37,908.44 |
| | {19} | | Gross Rental Income       $1,300.00 | 1122-000 | | | $37,908.44 |
| | | | HOA Fees          $(250.00) | 2420-000 | | | $37,908.44 |
| | | | Management fees     $(130.00) | 3991-000 | | | $37,908.44 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.09 | $37,850.35 |
| 05/15/2017 | | Vols Rentals, LLC | May net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $920.00 | | $38,770.35 |
| | {19} | | Gross Rental Income       $1,300.00 | 1122-000 | | | $38,770.35 |
| | | | Management fees     $(130.00) | 3991-000 | | | $38,770.35 |
| | | | HOA Fees          $(250.00) | 2420-000 | | | $38,770.35 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $61.74 | $38,708.61 |
| | | | **SUBTOTALS** | | $3,390.00 | $231.04 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 7

| Case No. | 12-40518-JTL |
|---|---|
| Case Name: | HOLLEY Jr., DANIEL F |
| Primary Taxpayer ID #: | **-***5344 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 6/4/2012 |
| For Period Ending: | 11/7/2018 |

| Trustee Name: | Walter W. Kelley |
|---|---|
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******1165 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $7,575,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/14/2017 | | Vol Rentals LLC | June net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $870.00 | | $39,578.6 |
| | {19} | | Gross Rental Income    $1,300.00 | 1122-000 | | | $39,578.61 |
| | | | Management fees    $(130.00) | 3991-000 | | | $39,5 |
| | | | HOA fees    $(250.00) | 2420-000 | | | $39,5 |
| | | | Cleaning and Maintenance    $(50.00) | 2420-000 | | | $39,5 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $61.12 | $39,51 |
| 07/18/2017 | | Vol Rentals LLC | July net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $620.00 | | $40,137.4 |
| | {19} | | Gross Rental Incom    $1,300.00 | 1122-000 | | | $40,13 |
| | | | Management fees    $(130.00) | 3991-000 | | | $40,13 |
| | | | HOA fees    $(250.00) | 2420-000 | | | $40,13 |
| | | | A/C leak, ceiling repair/ painting    $(300.00) | 2420-000 | | | $40,0 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $64.15 | $40,07 |
| 08/14/2017 | | Vol Rentals, LLC | August net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $545.00 | | $40,618.3 |
| | {19} | | Gross Rental Income    $1,300.00 | 1122-000 | | | $40,618.3 |
| | | | Management fees    $(130.00) | 3991-000 | | | $40,618.3 |
| | | | HOA fees    $(250.00) | 2420-000 | | | $40,618.3 |
| | | | Maintenance & Repairs    $(375.00) | 2420-000 | | | $40,618.34 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $65.12 | $40,553.2 |
| 09/12/2017 | | Green Bank | Transfer Funds | 9999-000 | | $40,553.22 | $0.00 |

SUBTOTALS    $2,035.00    $40,743.61

$40,743.61

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 8

| Case No. | 12-40518-JTL |
|---|---|
| Case Name: | HOLLEY Jr., DANIEL F |
| Primary Taxpayer ID #: | **-***5344 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 6/4/2012 |
| For Period Ending: | 11/7/2018 |

| Trustee Name: | Walter W. Kelley |
|---|---|
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******1165 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $7,575,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $41,815.05 | $53,155.04 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $41,815.05 | $53,155.04 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $41,815.05 | $1,261.83 | |

**For the period of 6/4/2012 to 11/7/2018**

| | |
|---|---|
| Total Compensable Receipts: | $53,155.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $53,155.04 |
| Total Internal/Transfer Receipts: | $0.00 |

| | |
|---|---|
| Total Compensable Disbursements: | $12,601.82 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,601.82 |
| Total Internal/Transfer Disbursements: | $40,553.22 |

**For the entire history of the account between 07/07/2015 to 11/7/2018**

| | |
|---|---|
| Total Compensable Receipts: | $53,155.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $53,155.04 |
| Total Internal/Transfer Receipts: | $0.00 |

| | |
|---|---|
| Total Compensable Disbursements: | $12,601.82 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,601.82 |
| Total Internal/Transfer Disbursements: | $40,553.22 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 12-40518-JTL
Case Name: HOLLEY, Jr., DANIEL F
Primary Taxpayer ID #: **-***5344
Co-Debtor Taxpayer ID #:
For Period Beginning: 6/4/2012
For Period Ending: 11/7/2018

Trustee Name: Walter W. Kelley
Bank Name: Green Bank
Checking Acct #: ******1801
Account Title: DDA
Blanket bond (per case limit): $7,575,000.00
Separate bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/12/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $40,553.22 | | $40,553.22 |
| 09/15/2017 | | Vol | September net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $892.50 | | $41,445.72 |
| | {19} | | Gross rental income | 1122-000 | $1,300.00 | | $41,445.72 |
| | | | HOA fees | 2420-000 | $(250.00) | | $41,445.72 |
| | | | Management fees | 3991-000 | $(130.00) | | $41,445.72 |
| | | | No-smoking signs installation | 2420-000 | $(27.50) | | $41,445.72 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $43.70 | $41,402.02 |
| 10/23/2017 | | Vol Rentals, LLC | October net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $535.59 | | $41,937.61 |
| | {19} | | Gross rental income | 1122-000 | $1,300.00 | | $41,937.61 |
| | | | HOA fees | 2420-000 | $(250.00) | | $41,937.61 |
| | | | Management fees | 3991-000 | $(130.00) | | $41,937.61 |
| | | | Service Call/Water leak | 2420-000 | $(50.00) | | $41,937.61 |
| | | | Replacement of main water valve in kitchen | 2420-000 | $(334.41) | | $41,937.61 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $64.90 | $41,872.71 |
| 11/16/2017 | | Vol Rentals, LLC | November net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $810.00 | | $42,682.71 |
| | {19} | | Gross Rental incom | 1122-000 | $1,300.00 | | $42,682.71 |
| | | | HOA fees | 2420-000 | $(250.00) | | $42,682.71 |
| | | | Management fees | 3991-000 | $(130.00) | | $42,682.71 |
| | | | Deep clean / change owner locks | 2420-000 | $(110.00) | | $42,682.71 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $65.98 | $42,616.73 |
| 12/14/2017 | (19) | Vol Rentals | December net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | 1122-000 | $160.00 | | $42,776.73 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $68.92 | $42,707.81 |
| | | | | SUBTOTALS | $42,951.31 | $243.50 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 10

Case No.: 12-40518-JTL
Case Name: HOLLEY Jr., DANIEL F
Primary Taxpayer ID #: **-***5344
Co-Debtor Taxpayer ID #:
For Period Beginning: 6/4/2012
For Period Ending: 11/7/2018

Trustee Name: Walter W. Kelley
Bank Name: Green Bank
Checking Acct #: ******1801
Account Title: DDA
Blanket bond (per case limit): $7,575,000.00
Separate bond (if applicable):

| 1 Transaction Date | 2 Check/Ref. # | 3 Paid to/Received From | 4 Description of Transaction | Uniform Tran Code | 5 Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|
| 01/18/2018 | | Vol Rentals | January net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $920.00 | | $43,627.81 |
| | {19} | | Gross Rental Incom $1,300.00 | 1122-000 | | | |
| | | | HOA fees $(250.00) | 2420-000 | | | |
| | | | Management fees $(130.00) | 3991-000 | | | |
| 01/25/2018 | 5001 | International Sureties LTD. | Bond Payment | 2300-000 | | $38.52 | $43,589.29 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $69.54 | $43,519.75 |
| 02/12/2018 | (19) | Vol Rentals, LLC | Remaining balance for December 2017 payment | 1122-000 | $500.00 | | $44,019.75 |
| 02/14/2018 | | Vol Rentals | February net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $820.00 | | $44,839.75 |
| | {19} | | Gross Rental Income $1,350.00 | 1122-000 | | | |
| | | | HOA fees $(300.00) | 2420-000 | | | |
| | | | Management fees $(135.00) | 3991-000 | | | |
| | | | repairs to sink $(95.00) | 2420-000 | | | |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $64.49 | $44,775.26 |
| 03/13/2018 | | Vol Rentals | March net rental income for 504 Gatehouse Condo, Gatlinburg, TN. (Property managed per Order 11/19/15, docket #194) | * | $915.00 | | $45,690.26 |
| | {19} | | Gross Rental Income $1,350.00 | 1122-000 | | | |
| | | | HOA fees $(300.00) | 2420-000 | | | |
| | | | Management fees $(135.00) | 3991-000 | | | |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $75.53 | $45,614.73 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $68.85 | $45,545.88 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $73.49 | $45,472.39 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $73.37 | $45,399.02 |
| 07/13/2018 | (21) | Charles Hardin | earnest money for condo purchase | 1180-000 | $1,000.00 | | $46,399.02 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $71.72 | $46,327.30 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $81.99 | $46,245.31 |
| | | | | **SUBTOTALS** | $4,155.00 | $617.50 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 11

| Case No. | 12-40518-JTL |
|---|---|
| Case Name: | HOLLEY Jr., DANIEL F |
| Primary Taxpayer ID #: | **-***5344 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 6/4/2012 |
| For Period Ending: | 11/7/2018 |

| Trustee Name: | Walter W. Kelley |
|---|---|
| Bank Name: | Green Bank |
| Checking Acct #: | ******1801 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $7,575,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/24/2018 | | Smokey Mountain Title | Real estate proceeds per Order of 7/5/17 (#259) | * | $56,648.65 | | $102,893.96 |
| | {7} | | 1/2 of gross proceeds | $65,500.00 | 1110-000 | | $102,893.96 |
| | {20} | | 1/2 of Tax Adjustments | $45.00 | 1290-000 | | $102,893.96 |
| | | | 1/2 of 2012-2016 County Taxes | $(5,494.58) | 2820-000 | | $102,893.96 |
| | | | 1/2 of 2017 County Taxes | $(515.50) | 2820-000 | | $102,893.96 |
| | | | 1/2 of 2012-2017 City Taxes | $(336.93) | 2820-000 | | $102,893.96 |
| | | | 1/2 of prorated 2018 City Taxes | $(28.93) | 2820-000 | | $102,893.96 |
| | | | 1/2 of prorated 2018 County Taxes | $(337.41) | 2820-000 | | $102,893.96 |
| | | | 1/2 of outstanding HOA fees | $(900.00) | 2420-000 | | $102,893.96 |
| | | | 1/2 of earnest money | $(500.00) | 2500-000 | | $102,893.96 |
| | | | 1/2 of 2011 County Taxes | $(783.00) | 4700-000 | | $102,893.96 |

| | | |
|---|---|---|
| TOTALS: | $103,754.96 | $861.00 |
| Less: Bank transfers/CDs | $40,553.22 | $0.00 |
| Subtotal | $63,201.74 | $861.00 |
| Less: Payments to debtors | $0.00 | $0.00 |
| Net | $63,201.74 | $861.00 |

| For the period of 6/4/2012 to 11/7/2018 | | For the entire history of the account between 09/12/2017 to 11/7/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $75,105.00 | Total Compensable Receipts: | $75,105.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $75,105.00 | Total Comp/Non Comp Receipts: | $75,105.00 |
| Total Internal/Transfer Receipts: | $40,553.22 | Total Internal/Transfer Receipts: | $40,553.22 |
| | | | |
| Total Compensable Disbursements: | $12,764.26 | Total Compensable Disbursements: | $12,764.26 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,764.26 | Total Comp/Non Comp Disbursements: | $12,764.26 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 12

| Case No. | 12-40518-JTL |
|---|---|
| Case Name: | HOLLEY Jr., DANIEL F |
| Primary Taxpayer ID #: | **-***5344 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 6/4/2012 |
| For Period Ending: | 11/7/2018 |

| Trustee Name: | Walter W. Kelley |
|---|---|
| Bank Name: | Green Bank |
| Checking Acct #: | ******1801 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $7,575,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to / Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $105,016.79 | $2,122.83 | $102,893.96 |

**For the period of 6/4/2012 to 11/7/2018**

| | |
|---|---|
| Total Compensable Receipts: | $128,260.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $128,260.04 |
| Total Internal/Transfer Receipts: | $40,553.22 |
| | |
| Total Compensable Disbursements: | $25,366.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,366.08 |
| Total Internal/Transfer Disbursements: | $40,553.22 |

**For the entire history of the case between 04/08/2015 to 11/7/2018**

| | |
|---|---|
| Total Compensable Receipts: | $128,260.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $128,260.04 |
| Total Internal/Transfer Receipts: | $40,553.22 |
| | |
| Total Compensable Disbursements: | $25,366.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,366.08 |
| Total Internal/Transfer Disbursements: | $40,553.22 |

/s/ WALTER W. KELLEY
WALTER W. KELLEY

| Date | C/P | Cleared On | Type | Paid To/From | Receipt | 1/2 due | Description |
|---|---|---|---|---|---|---|---|
| 8/20/2015 | Y/Y | 8/21/2015 | Deposit | PRIME CHOICE RENTALS | $830.00 | $415.00 | August net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 9/15/2015 | Y/Y | 9/15/2015 | Deposit | Prime Choice Rentals | $875.00 | $437.50 | September net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 10/15/2015 | Y/Y | 10/15/2015 | Deposit | VOL Rentals LLC | $830.00 | $415.00 | October net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 11/25/2015 | Y/Y | 11/30/2015 | Deposit | VOL Rentals LLC | $875.00 | $437.50 | November net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 1/13/2016 | Y/Y | 1/13/2016 | Deposit | VOL Rentals LLC | $830.00 | $415.00 | January net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 2/16/2016 | Y/Y | 2/16/2016 | Deposit | VOL Rentals LLC | $700.01 | $350.01 | February net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 3/15/2016 | Y/Y | 3/15/2016 | Deposit | Prime Choice Rentals | $830.00 | $415.00 | December net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 3/18/2016 | Y/Y | 3/21/2016 | Deposit | Vol Rentals, LLC | $830.04 | $415.02 | March net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 4/19/2016 | Y/Y | 4/19/2016 | Deposit | Vol Rentals, LLC | $875.00 | $437.50 | April net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 5/16/2016 | Y/Y | 5/16/2016 | Deposit | Vol Rentals, LLC | $800.00 | $400.00 | May net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 6/14/2016 | Y/Y | 6/14/2016 | Deposit | Vol Rentals, LLC | $875.00 | $437.50 | June net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 7/15/2016 | Y/Y | 7/18/2016 | Deposit | Vol Rentals, LLC | $654.00 | $327.00 | July net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 8/15/2016 | Y/Y | 8/15/2016 | Deposit | Vol Rentals, LLC | $760.00 | $380.00 | August net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 9/13/2016 | Y/Y | 9/13/2016 | Deposit | Vol Rentals, LLC | $806.00 | $403.00 | September net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 10/18/2016 | Y/Y | 10/18/2016 | Deposit | Vol Rentals, LLC | $920.00 | $460.00 | October net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 11/15/2016 | Y/Y | 11/15/2016 | Deposit | Vol Rentals, LLC | $920.00 | $460.00 | November net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 12/14/2016 | Y/Y | 12/16/2016 | Deposit | Vol Rentals, LLC | $795.00 | $397.50 | December net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 1/17/2017 | Y/Y | 1/17/2017 | Deposit | Vol Rentals, LLC | $885.00 | $442.50 | January net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 2/15/2017 | Y/Y | 2/15/2017 | Deposit | Vol Rentals, LLC | $630.00 | $315.00 | February net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 3/15/2017 | Y/Y | 3/15/2017 | Deposit | Vol Rentals, LLC | $920.00 | $460.00 | March net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 4/20/2017 | Y/Y | 4/20/2017 | Deposit | Vol Rentals, LLC | $920.00 | $460.00 | April net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 5/15/2017 | Y/Y | 5/16/2017 | Deposit | Vol Rentals, LLC | $920.00 | $460.00 | May net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 6/14/2017 | Y/Y | 6/14/2017 | Deposit | Vol Rentals, LLC | $870.00 | $435.00 | June net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 7/18/2017 | Y/Y | 7/18/2017 | Deposit | Vol Rentals, LLC | $620.00 | $310.00 | July net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 8/14/2017 | Y/Y | 8/14/2017 | Deposit | Vol Rentals, LLC | $545.00 | $272.50 | August net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 9/15/2017 | Y/Y | 9/20/2017 | Deposit | Vol Rentals, LLC | $892.50 | $446.25 | September net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 10/23/2017 | Y/Y | 10/23/2017 | Deposit | Vol Rentals, LLC | $535.59 | $267.80 | October net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 11/16/2017 | Y/Y | 11/17/2017 | Deposit | Vol Rentals, LLC | $810.00 | $405.00 | November net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 12/14/2017 | Y/Y | 12/14/2017 | Deposit | Vol Rentals, LLC | $160.00 | $80.00 | December net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 1/18/2018 | Y/Y | 1/19/2018 | Deposit | Vol Rentals, LLC | $920.00 | $460.00 | January net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 2/12/2018 | Y/N | 2/13/2018 | Deposit | Vol Rentals, LLC | $500.00 | $250.00 | Remaining balance for December 2017 payment |
| 2/14/2018 | Y/Y | 2/14/2018 | Deposit | Vol Rentals, LLC | $820.00 | $410.00 | February net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 3/13/2018 | Y/Y | 3/13/2018 | Deposit | Vol Rentals, LLC | $915.00 | $457.50 | March net rental income for 504 Gatehouse Condo, Gatlinburg, TN, (Property managed per Order 11/19/15, docket #194) |
| 7/13/2018 | Y/Y | 7/16/2018 | Deposit | Charles Hardin | $1,000.00 | $500.00 | earnest money for condo purchase |
| | | | | | $26,868.14 | $13,434.07 | |
| | | | | | | | Net income due to Joy Webster - |
| | | | | | **$13,434.07** | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **BANKRUPTCY CASE** |
| **DANIEL F HOLLEY Jr.** | : | |
| | : | **NO. 12-40518-JTL** |
| | : | |
| Debtor | : | **CHAPTER 7** |

### CERTIFICATE OF SERVICE

I certify that I have furnished a true copy of the within and foregoing T**rustee's Motion for Authority to Disburse Funds to Joy Webster, Chapter 7 Trustee for the Estate of Angela Jones Holley, Case No. 12-40204 and Notice thereof** to the below named parties. Those not served by Court's electronic filing system were served by depositing the same in the United States Mail in properly addressed envelopes with sufficient First Class postage affixed to guarantee delivery on this 1st day of November, 2018.

Daniel F Holley Jr.
14555 Georgia Highway 219
West Point, GA 31833

Frank B. Wilensky
ATTORNEY FOR DEBTOR(S)
FWILENSKY@MACEYWILENSKY.COM

ELIZABETH A. HARDY
ASSISTANT U. S. TRUSTEE
Ustp.region21.mc.ecf@usdoj.gov

All parties listed on Exhibit B
(Notice Only)

/s/ Walter W. Kelley
**WALTER W. KELLEY**
**Chapter 7 Trustee**
**Kelley, Lovett, Blakey & Sanders**
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
State Bar No. 412337
wkelley@kelleylovett.com

Label Matrix for local noticing
113G-4
Case 12-40518
Middle District of Georgia
Columbus
Fri Nov  2 15:33:15 EDT 2018

American Honda Finance Corp.
c/o Dewey Law Firm
6000 Poplar Avenue, #250
Memphis, TN 38119-3974

Andrea Bradley
621 Wall Street
Ste. 1
Sevierville, TN 37862-5923

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Hanover Insurance Company
12000 Findley Road, Suite 250
Johns Creek, GA 30097-1468

Henderson & Godbee, LLP
3488 North Valdosta Road
Valdosta, GA   31602-1097

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY NJ 07302-3865

Kelley, Lovett & Blakey
Post Office Box 70879
Albany, GA 31708-0879

McNair, McLemore, Middlebrooks & Co, LLC
389 Mulberry Street
P.O. Box One
Macon, GA 31201-7916

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201-7987

Wells Fargo Bank, N.A.
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

Wilmington Savings Fund Society, FSB, doing
9990 Richmond Avenue
Suite 400S
Houston, TX 77042-8500

4
901 Front Avenue
P.O. Box 2147
Columbus, GA 31902-2147

% AT&T Services, Inc
James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2693

AAA Solutions, Inc.
P. O. Box 170215
Birmingham, AL 35217-0215

ABC Supply Company
5700 Tulane Drive, S.W.
Atlanta, GA 30336-2423

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

AT&T
333 Commerce Street
Floor 20
Nashville, TN 37201-1826

AUM Pelham, LLC
2098 Royal Fern Lane
Hoover, AL 35244-1463

Alabama Power
P. O. Box 1088
Arlington, TX 76004-1088

Allied Waste Services
3950 50th Street, S.W.
Birmingham, AL 35221-1847

American Building Company
1150 State Docks Road
Eufaula, AL 36027-3322

American Express
P. O. Box 650448
Dallas, TX 75265-0448

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Auburn Winnelson Company
P. O. Box 3523
Auburn, AL 36831-3523

Bank of America
P. O. Box 851001
Dallas, TX 75285-1001

Barrett-Simpson, Inc.
706 12th Street
Phenix City, AL 36867-5813

Best Rental Corporation
2044 S. College Street
Auburn, AL 36832-5828

Block USA
P. O. Box 100813
Birmingham, AL 35210-0813

Builders Construction Services
295 Fossil Rock Road
Springville, AL 35146-7365

Builders First Source
295 Fossil Rock Road
Springville, AL 35146-7365

Builders Insurance Group
P. O. Box 723026
Atlanta, GA 31139-0026

Community Bank & Trust
P. O. Box 1489
Fayetteville, GA 30214

Community Bank & Trust
P. O. Box 1489
Lagrange, GA 30241-0031

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Georgia Department of Labor
148 Andrew Young International Blvd NE
Atlanta, GA 30303-1751

Georgia Department of Labor
Attn: Marleen Reed-Strickland
1700 Century Circle
Atlanta, GA 30345-3020

Hanover Insurance Group
P. O. Box 15141
Worcester, MA 01615-0141

Harris County Tax Commissioner
Attn: Sarah McDowell
P. O. Box 152
Hamilton, GA 31811-0152

Holley Construction Company
5916 Warner Road
Columbus, GA 31909-4054

IRS - Insolvency
401 W. Peachtree St. NW
Stop 334D
Atlanta, GA

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

James Patrick
Attorney at Law
P. O. Box 2745
Columbus, GA 31902-2745

Muscogee Co. Tax Commissioner
Attn: Lula Lunsford Huff
P. O. Box 1441
Columbus, GA 31902-1441

Office of United States Trustee
c/o Amber L. Bagley
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, GA 31201-7987

Office of the United States Trustee
440 Martin Luther King Blvd.
Suite 302
Macon, GA 31201-7987

Pavilion Palms Condo. Assoc.
P. O. Box 9129
Miramar Beach, FL 32550-1020

Regions Bank
Attn: Jonathan Edwards
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Regions Bank
P. O. Box 2224
Birmingham, AL 35246-0026

Regions Bank
Regions Operations Center - ALBH70206!
201 Milan Parkway
Birmingham, AL 35211-6946

Regions Mortgage
P. O. Box 18001
Hattiesburg, MS 39404-8001

Sevier County Clerk & Master
P O Box 4426
Sevierville, TN 37864-4426

Sevier County Trustee
125 Court Ave Room 212W
Sevierville, TN 37862-3596

Steve B. Shackelford
213 Fox Chase Trail
Midland, GA 31820-5013

The Hanover Insurance Company
P.O. Box 15141
Worcester, MA 01615-0141

The Hanover Insurance Company
c/o Jarrod W. Stone
Manier & Herod
150 4th Avenue North, Suite 200
Nashville, TN 37219-2477

The Hanover Insurance Company
c/o Jeffrey S. Price
Manier & Herod
150 4th Avenue North, Suite 2200
Nashville, TN  37219-2494

Wells Fargo Bank, N.A.
ATTENTION: Bankruptcy Department MAC
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Wells Fargo Home Mortgage
P. O. Box 660455
Dallas, TX 75266-0455

Wilmington Savings Fund Society, FSB,
dba Christiana Trust
c/o Shapiro Pendergast & Hasty, LLP
2872 Woodcock Blvd., Suite 100
Atlanta, GA 30341-4015


Wiregrass Construction
170 East Main Street
Dothan, AL 36301-1722

Daniel F Holley Jr.
14555 Georgia Highway 219
West Point, GA 31833

Frank B. Wilensky
Macey, Wilensky & Hennings, LLP
5500 Interstate Parkway North
Suite 435
Atlanta, GA 30328-4690


J. Randolph Nichols
PO Box 1
Macon, GA 31202-0001

James D. Patrick
P.O. Box 2745
Columbus, GA 31902-2745

Mark L. Manley
Weeks Auction Group. Inc.
2186 Sylvester Highway
Moultrie, GA 31768-7100


Steve Shackleford
213 Fox Chase Trail
Midland, GA 31820-5013

Walter W Kelley
Chapter 7 Trustee
P.O. Box 70879
Albany, GA 31708-0879


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Georgia Department of Revenue
Bankruptcy Section
1800 Century Blvd, NE, Suite 17200
Atlanta, GA 30345

INSOLVENCY, IRS
P.O. BOX 21125
PHILADELPHIA, PA 19114

IPFS Corporation
30 Montgomery Street
Suite 1000
Jersey City, NJ 07302


U.S. Securities and Exchange Commission
Suite 1000
3475 Lenox Road, NE
Atlanta, GA 30326-1232

AMERICAN HONDA FINANCE CORPORATION
NATIONAL BANKRUPTCY CENTER
P.O. BOX 168088
IRVING, TX 75016-8088

(d)American Honda Finance Corp.
P. O. Box 105027
Atlanta, GA 30348-5027


Discover Card
P. O. Box 3008
New Albany, OH 43054-3008

(d)Georgia Department of Revenue
Bankruptcy Section
1800 Century Blvd NE Suite 17200
Atlanta, GA 30345

(d)Georgia Department of Revenue
Bankruptcy Unit
P. O. Box 161108
Atlanta, GA 30321-1108


(d)IPFS Corporation
30 Montgomery Street
Suite 1000
Jersey City, NJ  07302


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Regions Bank

(u)866-716-6441

(d)Wells Fargo Bank, N.A.
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

(d)Wells Fargo Bank, N.A.
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

End of Label Matrix
Mailable recipients    70
Bypassed recipients     4
Total                  74